UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

E-DATA CORPORATION,

    Plaintiff,

v.

CORBIS CORPORATION, *et al.*,

    Defendants.

Case No. C04-1733L

ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

This matter comes before the Court on the "Motion for Leave to File Supplemental Brief in Response to Getty Image, Inc.'s Memorandum Regarding Its Request for Attorneys' Fees Pursuant to Rule 11 and 28 U.S.C. § 1927" (Dkt. # 72) filed by plaintiff. Plaintiff's motion is GRANTED. Plaintiff may file the supplemental brief attached to its motion.

DATED this 22nd day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge