1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

13   E-DATA CORPORATION,

14        Plaintiff,                          Case No.  C04-1733L

15        v.                                  ORDER REQUESTING FURTHER
                                              BRIEFING
16   CORBIS CORPORATION, *et al.*,

17        Defendants.

18        On January 10, 2006, this Court sanctioned counsel for plaintiff E-Data Corporation in

19   the amount of $20,000 for its "total disregard for the orders of this Court and the local rules, in

20   the context of its pursuit of dubious arguments" (Dkt. # 80).  Local counsel for plaintiff E-Data,

21   Robert J. Wayne, filed a timely motion for clarification or reconsideration, arguing that

22   sanctions should not apply to local counsel (Dkt. # 81).  Pursuant to Local Civil Rule 7(h)(3), E-

23   Data Corporation's Texas counsel, the law firm Simon, Galasso & Franz PLC, may, if it

24   chooses, file a response to the motion for reconsideration no later than 4:30 p.m. on Friday,

25   January 27, 2006.  Local counsel Robert J. Wayne's reply, if any, shall be filed no later than

26   4:30 p.m. on Tuesday, January 31, 2006.  The Clerk of Court is directed to re-note plaintiff's

ORDER REQUESTING
FURTHER BRIEFING

1   motion for reconsideration (Dkt. # 81) on the Court's calendar for January 31, 2006.

2        DATED this 20th day of January, 2006.

3

4

5                                    _MNt S Lasnik_

6                                    Robert S. Lasnik
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REQUESTING
FURTHER BRIEFING
                                    -2-