UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

E-DATA CORPORATION,

    Plaintiff,

v.

CORBIS CORPORATION, *et al.*,

    Defendants.

Case No. C04-1733L

ORDER ON MOTION FOR CLARIFICATION

This matter comes before the Court on local counsel Robert J. Wayne's "Motion for Clarification of the Court's Order Regarding the Motions for Attorneys' Fees, or, in the Alternative, for Reconsideration" (Dkt. # 81). Upon review the parties' briefs and accompanying exhibits, the Court concludes that it was Texas counsel's decision to "disregard . . . the orders of this Court and the local rules, in the context of its pursuit of dubious arguments" (Dkt. # 80). Local counsel's motion is GRANTED, and the Court hereby clarifies that E-Data's Texas counsel is responsible for the sanctions imposed in this Court's order of January 10, 2006 (Dkt. # 80).

DATED this 14th day of March, 2006.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER ON MOTION FOR CLARIFICATION